**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LUJAN GAMINO, | No. C 11-4466 LHK (PR) |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| ROBERT H. TRIMBLE, Warden, | |
| Respondent. | (Docket No. 7) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for a sixty day extension of time to file a traverse. (Docket No. 7.) Good cause appearing, Petitioner's motion is GRANTED. Petitioner shall file a traverse within 60 days from the filing date of this order.

This order terminates Docket No. 7.

DATED: 3/7/12

LUCY H. KOH
United States District Judge

Order Granting Motion for Extension Of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Gamino466 EOTgrant.wpd